NO. <u>CR-14-25176</u> & <u>CR-14-25177</u>

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | IN THE 336TH JUD... |
| | § | |
| **vs.** | § | DISTRICT COURT... |
| | § | |
| **LYLE HUDDLESTUN** | § | FANNIN COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/15/2015 11:28:33 AM
DEBBIE AUTREY
Clerk

## <u>NOTICE OF APPEAL</u>

**TO THE HONORABLE JUDGE OF SAID COURT:**

Lyle Huddlestun, through Jed Silverman, and pursuant to Texas Rule of Appellate Procedure files this notice of appeal from the judgment or other appealable order in this case on or about December 10, 2015.

Jed Silverman
State Bar No. 24013511
1221 Studewood
Houston, Texas 77008
Phone: 713-226-8800
Fax: 713-222-7424

## CERTIFICATE OF SERVICE

I certify that a copy of this notice has been sent certified mail, return receipt request to the Fannin County District Attorneys at 101 E Sam Rayburn Dr, Bonham, TX 75418 on December 11, 2015, and to the court reporter of the 336th District Court of Fannin County, Bonham Texas 75418.

_____
Jed Silverman



THE LAW OFFICES OF JED SILVERMAN
1221 STUDEWOOD STREET
HOUSTON, TX 77008
WWW.JEDSILVERMAN.COM

CERTIFIED MAIL





TX 773

7012 1010 00�� 04�� �223

$004.75⁰

DEC 11 2015
MAILED FROM ZIP CODE 77008

Fannin County District Clerk
101 E. Sam Rayburn Drive, Suite 201
Bonham, Texas 75418

75418437399